# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER: 05-7131M |
| NICOLE MARSHALL | Kent Gray |

**THE DEFENDANT:**
Pleaded guilty to count One of the Superceding Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18-USC-844 | Possession of Marijuana Less than one ounce | 10-21-05 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 1, 2006
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

Daniel B. Sparr, USDC Judge
Name & Title of Judicial Officer

Feb. 8 2006
Date

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| None | | | |

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Other Fees | Fine | Restitution |
|---|---|---|---|
| spec assmt | $25.00 | $1,000.00 | |
| proc fee | $25.00 | | |
| **TOTALS** | $50.00 | $1,000.00 | $0.00 |

Defendant shall pay the fine in monthly installments of $100.00 per month over a ten (10) month period; the $25.00 special assessment and $25.00 processing fee may be paid at any time during this ten month payment period.

## FURTHER ORDERS

Defendant shall complete a Level 1 Drug/Alcohol Awareness Education course through Adult/Youth Counseling Services. Defendant shall further complete thirty-six (36) hours of community service within this same ten month period.